UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY J. ARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:16-CV-872-D** |
| ) | |
| ALAN EUGENE JACKSON, SONY ) | |
| MUSIC HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot defendants' motion to dismiss the original complaint [D.E. 8] and GRANTS defendants' motion to dismiss the amended complaint [D.E. 19].

**This Judgment Filed and Entered on August 14, 2017, and Copies To:**

| | |
|---|---|
| David Loar McKenzie | (via CM/ECF electronic notification) |
| Susan Freya Olive | (via CM/ECF electronic notification) |
| Keane A. Barger | (via CM/ECF electronic notification) |
| Timothy L. Warnock | (via CM/ECF electronic notification) |
| F. Kyle Deak | (via CM/ECF electronic notification) |

DATE:                        PETER A. MOORE, JR., CLERK

August 14, 2017                 (By) /s/ Nicole Briggeman
                                      Deputy Clerk